No. 67397.—Nord-Light, Inc., and Mattoon & Company et al. v. United States, protests 59/3178, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiffs was sustained.

No. 67398.—Castelazo & Associates, a/c Ajax Hardware Manufacturing Corp., et al. v. United States, protests 58/18080(B), etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of ball head wood screws similar in all material respects to those the subject of Abstract 66261, the claim of the plaintiffs was sustained.